```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

BILLY WAYNE PAIGE, ET AL                                PLAINTIFFS

VERSUS                           CIVIL ACTION NO.  5:06cv162DCB-JMR

MARINER HEALTH CARE, INC., ET AL                        DEFENDANTS

<u>ORDER</u>

It being made known to the Court that Anita R. Baker, Wanda C. Calvin, Eddie Flood, Jr., and Theodore M. Jackson, without justification, did not appear for jury service, and the jurors providing no reasonable excuse for their failure to appear, the Court does find that said non-appearing jurors should be fined in the amount of $100.00 and sentenced to two (2) days in jail for contempt, with the jail sentence to be suspended upon payment of the fine.  Said jurors are given 15 days to pay the fine or report for jail to the United States Marshal in Jackson, Mississippi.  The fine is to be paid to the United States District Court Clerk's Office, Attention: Rita Little, 245 East Capitol Street, Suite 100, Jackson, Mississippi, 39201.

SO ORDERED on this the <u>23rd</u> day of June, 2008.

<u>      s/ David Bramlette      </u>
UNITED STATES DISTRICT JUDGE