IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI, WESTERN DIVISION

| | |
|---|---|
| MARY PAIGE, BY AND THROUGH HER SON AND NEXT FRIEND, BILLY WAYNE PAIGE, ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES AND AS ADMINISTRATOR OF THE ESTATE OF MARY PAIGE,<br><br>      Plaintiff,<br><br>vs.<br><br>MARNIER HEALTH CARE, INC. f/k/a MARINER POST ACUTE NETWORK; MARINER HEALTH GROUP, INC.; NATIONAL HERITAGE REALTY, INC.; MARINER HEALTH CARE MANAGEMENT COMPANY; those operating subsidiaries of MARINER HEALTH CARE, INC.; and MARINER HEALTH GROUP; connected with the ownership or operation of YAZOO CITY HEALTH AND REHABILITATION CENTER,<br><br>      Defendants. | CIVIL ACTION NUMBER:<br>5:06-CV-162- DCB-JMR |

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUL 2 8 2008
J. T. NOBLIN, CLERK
BY_____DEPUTY

## JUDGMENT ON JURY VERDICT

**THIS CAUSE** having come on to be heard in open Court, and the Court having jurisdiction of the parties and the subject matter, and all parties having personally appeared and by their counsel announced ready for trial, there came a jury of seven good and lawful men and women, who, being duly qualified, sworn, and empaneled, did hear the evidence and arguments of counsel and received instructions of the Court and who then retired to consider their verdict, and who thereupon returned into open Court with the following unanimous verdict, to-wit:

> We, the jury, find for the Defendants, Mariner Health Care, Inc., and National Heritage Realty, Inc.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Complaint of Plaintiff, Mary Paige, by and through her son and next friend, Billy Wayne Paige, on behalf of the wrongful death beneficiaries and as administrator of the estate of Mary Paige, be, and the same hereby is, dismissed with prejudice, and the Plaintiffs are hereby taxed with costs for which let execution issue.

**ORDERED AND ADJUDGED** this, the 23rd day of July, 2008.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**APPROVED AS TO FORM:**

_____
**Attorney for Plaintiffs**

_____
**Attorney for Defendants**

2